**Order filed, March 27, 2012.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-12-00077-CR
_____

**CLYDE JAMES FREEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Court Cause No. 09-11-11188-CR**

---

## ORDER

The reporter's record in this case was due **March 9, 2012**. *See* Tex. R. App. P. 35.1. On March 15, 2012, this court ordered the court reporter to file the record within 15 days. On March 26, 2012, **Jenny Bonnes** filed a motion for extension of time to file the record. We **GRANT** the motion and issue the following order.

We order **Jenny Bonnes**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Jenny Bonnes** does not

timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM